1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN DIVISION

11   MARGARETA COLLIN,                    )        Case No. CV12-8156 PSG (AJW)
                                          )
12              Plaintiff,                )
                                          )
13       v.                               )        ORDER ACCEPTING REPORT
                                          )        AND RECOMMENDATION OF
                                          )        MAGISTRATE JUDGE
14   COUNTY OF LOS ANGELES, et al.,       )
                                          )
15              Defendant.                )
     _____)

16

17        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation

18   of Magistrate Judge ("Report") and the objections to the Report.  Good cause appearing, the Court

19   accepts the findings and recommendations contained in the Report after having made a de novo

20   determination of the portions to which objections were directed.

21        **IT IS SO ORDERED**.

22

23   ___/30_____, 2013

24

25                                                 PHILIP S. GURIERREZ
                                                   United States District Judge

26

27

28