1

2

3

4

5

6

7

8                                     **UNITED STATES DISTRICT COURT**

9                                     **CENTRAL DISTRICT OF CALIFORNIA**

10                                         **WESTERN DIVISION**

| | |
|---|---|
| 11   **MARGARETA COLLIN,**           ) | **Case No. CV12-8156 PSG (AJW)** |
| 12        **Plaintiff,**          ) | |
| 13        **v.**               ) | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| 14   **MICHAEL D. ZEFF, et al.,**   ) | |
| 15        **Defendant(s).**     ) | |

16

17         Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and

18 Recommendation of Magistrate Judge ("Report"), the objections to the Report, and the

19 Supplemental Report and Recommendation ("Supplemental Report"). Good cause

20 appearing, the Court accepts the findings and recommendations contained in the Report and

21 Supplemental Report after having made a de novo determination of the portions to which

22 objections were directed.

23         **IT IS SO ORDERED**.

24

25 June 24, 2013

26

27                                        PHILIP S. GURIERREZ
                                       United States District Judge

28