UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARGARETA COLLIN, | ) | |
| Plaintiff, | ) | Case  No. CV12-8156 PSG (AJW) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL D. ZEFF, et al., | ) | J U D G M E N T |
| Defendants. | ) | |
| | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

June 24, 2013

_____
PHILIP S. GUTIERREZ
United States District Judge